UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>G. MODHADDAM, et al.,<br><br>  Defendants. | No. 2: 18-cv-2850 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 38.)

On May 5, 2020, defendant Tesluk filed a motion to dismiss. (ECF No. 41.) Defendant Tesluk did not file a request to opt out of the Post-Screening ADR Project.

Defendant Tesluk's motion to dismiss is vacated because this action is stayed. Within fourteen days of the date of this order, defendant Tesluk shall inform the court whether he intends to participate in the Post-Screening ADR Project. After reviewing this pleading, the undersigned will reinstate defendant Tesluk's motion to dismiss, if appropriate.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Tesluk's motion to dismiss (ECF No. 41) is vacated;
2. Within fourteen days of the date of this order, defendant Tesluk shall inform the court whether he intends to participate in the Post-Screening ADR Project.

Dated: May 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Morr2850.ord(2)