UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. MODHADDAM, et al.,<br><br>　　　　Defendants. | No.  2: 18-cv-2850 MCE KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 16, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days.  (ECF No. 38.)

　　　On May 11, 2020, defendant Modhaddam filed an answer to the complaint.  (ECF No. 43.)  Defendant Modhaddam did not file a request to opt out of the Post-Screening ADR Project.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant Modhaddam shall inform the court whether he intends to participate in the Post-Screening ADR Project.

Dated:  May 20, 2020

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

Morr2850.opt