UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. MODHADDAM, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-2850 MCE KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2020, plaintiff filed objections to defendant Tesluk's motion to dismiss. (ECF No. 62.) The undersigned construes this document as plaintiff's opposition to defendant Tesluk's motion to dismiss.

　　　Plaintiff did not sign his opposition to defendant Tesluk's motion to dismiss. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's opposition unless he signs and re-files the opposition. Accordingly, plaintiff is provided an opportunity to re-file his opposition bearing his signature. Failure to submit a signed opposition will result in the opposition filed November 16, 2020, being stricken for lack of plaintiff's signature.

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
2 date of this order, plaintiff shall re-file a <u>signed</u> opposition to defendant Tesluk's motion to
3 dismiss.
4 Dated: November 25, 2020

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Morr2850.sig

2