UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>G. MODHADDAM, et al.,<br><br>Defendants. | No. 2: 18-cv-2850 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2020, plaintiff filed a motion requesting that the court schedule a settlement conference. (ECF No. 66.)

The court will order a settlement conference if all parties agree to participate in a settlement conference. At this time, defendants have not agreed to participate in a settlement conference. For this reason, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 66) is denied.

Dated: December 28, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Morr2850.set

1