IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONDALEE MORRIS,**<br><br>                              Plaintiff,<br><br>v.<br><br>**G. MODHADDAM, DOUGLAS BISHOP, DR. TESLUK,**<br><br>                              Defendants. | 2:18-cv-02850-MCE-KJN P<br><br>**ORDER ON REQUEST TO MODIFY DISCOVERY AND SCHEDULING ORDER OF DEFENDANT G. MODHADDAM TO COMPLETE DEPOSITION OF PLAINTIFF CONDALEE MORRIS**<br><br>Trial Date:     N/A<br>Action Filed:  October 25, 2018 |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Modhaddam's motion to modify the scheduling order (ECF No. 79) is granted;

2. Discovery shall remain open until April 16, 2021, for the sole purpose of completing the deposition of Plaintiff Condalee Morris by counsel for defendant Modhaddam. All other dates set forth in the Discovery and Scheduling Order of October 26, 2020 (ECF 60.) remain in effect.

Dated:  March 4, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Morr2850.dep

1

Request To Modify Discovery And Scheduling Order Of Defendant G. Modhaddam To Complete Deposition Of Plaintiff Condalee Morris  (2:18-cv-02850-MCE-KJN)