UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>G. MODHADDAM, et al.,<br><br>    Defendants. | No. 2: 18-cv-2850 MCE KJN P<br><br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Modhaddam's motion to modify the scheduling order (ECF No. 86) is granted;
2. Discovery shall remain open until May 28, 2021, for the sole purpose of completing the deposition of plaintiff. The dispositive motion deadline is extended to June 11, 2021. All other dates set forth in the October 26, 2020 Discovery and Scheduling Order remain in effect.

Dated: May 3, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mo2850.eot

1