UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, | No. 2: 18-cv-2850 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. MODHADDAM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 06, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 06, 2021, are ADOPTED in full;

2. Defendant Bishop's motion for summary judgment (ECF No. 78) is GRANTED; and

1

3. Defendant Tesluk's motion for summary judgment (ECF No. 85) is GRANTED.

4. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: June 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE