1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CONDALEE MORRIS,                          No.  2: 18-cv-2850 MCE KJN P

12              Plaintiff,

13         v.                                   FINDINGS & RECOMMENDATIONS

14    G. MODHADDAM, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.   On June 1, 2021, defendant Moghaddam filed a motion for summary

19    judgment.  Plaintiff did not file an opposition.[1]  On October 26, 2020, the court advised plaintiff

20    of the requirements for opposing a motion pursuant to Rule 56 of the Federal Rules of Civil

21    Procedure.  See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), and Klingele v.

22    Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).

23         On July 12, 2021, plaintiff was ordered to file an opposition or a statement of non-

24    opposition to the pending motion within thirty days.  In that same order, plaintiff was advised of

25    the requirements for filing an opposition to the pending motion and that failure to oppose such a

26

27    _____

      [1]  On June 14, 2021, the court granted the motions for summary judgment filed by defendants
      Bishop and Tesluk.  (ECF No. 100.)  Defendant Moghaddam is the remaining defendant in this
28    action.

                                            1

1    motion would be deemed as consent to have the:  (a) remaining claims against defendant

2    Moghaddam dismissed for lack of prosecution; and b) the remaining claims against defendant

3    Moghaddam dismissed based on plaintiff's failure to comply with these rules and a court order.

4    Plaintiff was also informed that failure to file an opposition would result in a recommendation

5    that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6             The thirty day period expired and plaintiff did not respond to the court's order.

7             "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an

8    action for failure to comply with any order of the court." Ferdik v. Bonzelet, 963 F.2d 1258,

9    1260 (9th Cir. 1992).  "In determining whether to dismiss a case for failure to comply with a

10   court order the district court must weigh five factors including:  '(1) the public's interest in

11   expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

12   prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits;

13   and (5) the availability of less drastic alternatives.'" Ferdik, 963 F.2d at 1260-61 (quoting

14   Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986)); see also Ghazali v. Moran, 46

15   F.3d 52, 53 (9th Cir. 1995).

16            In determining to recommend that this action be dismissed, the court considered the five

17   factors set forth in Ferdik.  Here, as in Ferdik, the first two factors strongly support dismissal of

18   this action.  The action has been pending for almost three years and reached the stage, set by the

19   court's June 10, 2020 scheduling order, for resolution of dispositive motions.  Plaintiff's failure to

20   comply with the Local Rules and the court's July 12, 2021 order suggests that he abandoned this

21   action and that further time spent by the court thereon will consume scarce judicial resources in

22   addressing litigation which plaintiff demonstrates no intention to pursue.

23            Under the circumstances of this case, the third factor, prejudice to defendant Moghaddam

24   from plaintiff's failure to oppose the motion, also favors dismissal.  Plaintiff's failure to oppose

25   the motion prevents defendant from addressing plaintiff's substantive opposition, and would

26   delay resolution of this action, thereby causing defendant to incur additional time and expense.

27            The fifth factor also favors dismissal.  The court advised plaintiff of the requirements

28   under the Local Rules and granted ample additional time to oppose the pending motion, all to no

                                                    2

1    avail.  The court finds no suitable alternative to dismissal of this action.

2            The fourth factor, public policy favoring disposition of cases on their merits, weighs

3    against dismissal of this action as a sanction.  However, for the reasons set forth supra, the first,

4    second, third, and fifth factors strongly support dismissal.  Under the circumstances of this case,

5    those factors outweigh the general public policy favoring disposition of cases on their merits.  See

6    Ferdik, 963 F.2d at 1263.

7            For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be

8    dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

9            These findings and recommendations are submitted to the United States District Judge

10   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11   after being served with these findings and recommendations, any party may file written

12   objections with the court and serve a copy on all parties.  Such a document should be captioned

13   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

14   objections shall be filed and served within fourteen days after service of the objections.  The

15   parties are advised that failure to file objections within the specified time may waive the right to

16   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17   Dated:  August 18, 2021

18                                                  _____
                                                   Kendall J. Newman
19                                                 KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

20

21

22
     Mo2850.fr
23

24

25

26

27

28

                                                    3